UNITED STATES of America,
Appellant,

v.

SCOTTSBLUFF BEAN & ELEVA-
TOR CO.

No. 15862.

United States Court of Appeals
Eighth Circuit.

Sept. 18, 1957.

William C. Spire, U. S. Atty., Omaha, Neb., for appellant.

Kenneth B. Holm, Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on dismissal of appeal filed by counsel for appellant.

Irving Joseph THEBEAU, Appellant,

v.

UNITED STATES of America.

No. 15727.

United States Court of Appeals
Eighth Circuit.

Sept. 20, 1957.

Irving Joseph Thebeau, pro se.

Harry Richards, U. S. Atty., and Wayne H. Bigler, Jr., Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee.

Samuel Apolo AMALU

v.

UNITED STATES of America.

No. 5721.

United States Court of Appeals
Tenth Circuit.

Sept. 6, 1957.

Donald E. Kelley, U. S. Atty., and Robert S. Wham, Asst. U. S. Atty., Denver, Colo., for appellee.

Before BRATTON, Chief Judge, and HUXMAN, Circuit Judge.

PER CURIAM.

Docketed and dismissed on motion of appellee for failure of appellant diligently to prosecute the same.

Carlos V. GAY

v.

C. H. LOONEY, Warden, U. S. Penitentiary, Leavenworth, Kansas.

No. 5634.

United States Court of Appeals
Tenth Circuit.

Sept. 6, 1957.

William C. Farmer U. S. Atty., Topeka, Kan., and Milton P. Beach, Asst. U. S. Atty., Kansas City, Kan., for appellee.

Before BRATTON, Chief Judge, and HUXMAN and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.